IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOYDALE KIRVEN,

    Plaintiff,

vs.                                        No. CV 18-00971 KG/SMV

CYFD,

    Defendant.

## JUDGMENT

THIS MATTER is before the Court under Fed. R. Civ. P. 41(b) on the handwritten Complaint filed by Plaintiff Loydale Kirven on October 15, 2018, (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

IT IS ORDERED that JUDGMENT is entered and the handwritten Complaint filed by Plaintiff Loydale Kirven on October 15, 2018, (Doc. 1) is DISMISSED without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE